IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Leigh Leventis and Christopher Leventis, | C/A No.: 3:09-1561-JFA |
| Plaintiffs, | |
| vs. | |
| First National Insurance Company of America, | |
| Defendant, | **ORDER** |
| First National Insurance Company of America, | |
| Counterclaim Plaintiff, | |
| vs. | |
| Christopher Leventis; Carolina Care Plan, Inc.; Medical Mutual of Ohio; Pitts Radiology Associates, P.A.; Richland County EMS; and Palmetto Health Emergency Physicians, | |
| Counterclaim Defendants. | |
| First National Insurance Company of America, | |
| Third-Party Plaintiff, | |
| vs. | |
| Leigh J. Leventis and Palmetto Health Richland, | |

|                              | ) |
| :--------------------------- | - |
| Third-Party Defendants.      | ) |
|                              | ) |

This matter comes before the court on the motion of counterclaim plaintiff First National Insurance Company of America ("First National") to dismiss its claims against counterclaim defendant Pitts Radiology Associates, P.A. ("Pitts Radiology") with prejudice pursuant to Rule 41(a)(2) (Doc. 113). Fed. R. Civ. P. 41(a)(2). First National's motion is made pursuant to a stipulation between Pitts Radiology and First National whereby Pitts Radiology agreed to not contest "the PPO discounts given regarding its treatment of Christopher [Leventis] for injuries related to his September 29, 2008 car accident as alleged in Plaintiff's Consolidated Complaint (Doc. 60) and First National's First Amended Counterclaim (Doc. 70)." Pitts Radiology further stipulated that it seeks no further payment from any person or entity for the treatment of Christopher Leventis (Doc. 113-1 at 3). The court hereby grants First National's motion to dismiss based on the representations of the parties in their stipulation, which is incorporated herein by reference (Doc. 113-1).

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

May 21, 2010                            Joseph F. Anderson, Jr.
Columbia, South Carolina           United States District Judge