# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Christopher Leventis,<br><br>        Plaintiff,<br><br>v.<br><br>First National Insurance Company of America,<br><br>        Defendant. | Case No.: 3:09-1561-JFA<br><br>**AGREED ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Christopher Leventis ("Leventis") and Defendant First National Insurance Company of America ("First National") have notified the Court that they have reached a settlement and have filed a Joint Stipulation and Motion to Dismiss with Prejudice (Doc. 244) (the "Joint Motion to Dismiss"). The Joint Motion to Dismiss is hereby **GRANTED**.

It is therefore **ORDERED** that all claims existing by and between Leventis and First National in the above-referenced action are hereby **DISMISSED WITH PREJUDICE**. Leventis and First National shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

November 22, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge