# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Christopher Leventis, | Case No.: 3:09-1561-JFA |
| Plaintiff, | |
| v. | **AGREED ORDER OF DISMISSAL WITH PREJUDICE** |
| First National Insurance Company of America, | |
| Defendant. | |

Plaintiff Christopher Leventis ("Leventis") and Defendant First National Insurance Company of America ("First National") have notified the Court that they have reached a settlement and have filed a Joint Stipulation and Motion to Dismiss with Prejudice (Doc. 244) (the "Joint Motion to Dismiss"). The Joint Motion to Dismiss is hereby **GRANTED**.

It is therefore **ORDERED** that all claims existing by and between Leventis and First National in the above-referenced action are hereby **DISMISSED WITH PREJUDICE**. Leventis and First National shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

November 22, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge